UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ARANTZA CASTRO,

        Plaintiff,

v.

                          CASE NO. 1:24-cv-20062-FAM

WILLIAMS-SONOMA STORES, INC.
a Foreign For Profit Corporation,
D/B/A WILLIAMS SONOMA,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff ARANTZA CASTRO and Defendant WILLIAMS-SONOMA STORES, INC.'S on, by and through their undersigned counsel, hereby give the Court notice that the parties have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

      The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 60 days.

Dated February 16, 2024.              Respectfully submitted,

                                              */s/ Beth S. Joseph*
                                              Beth S. Joseph
                                              Florida Bar No. 0062952
                                              Email: beth.joseph@morganlewis.com
                                              Morgan, Lewis & Bockius LLP
                                              600 Brickell Avenue, Suite 1600
                                              Miami, FL 33131-3075
                                              Telephone: 305.415.3308

                                              *Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBY CERTIFY that on February 16, 2024. I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Beth S. Joseph
Beth S. Joseph

## SERVICE LIST

| | |
|---|---|
| Diego German Mendez, Esq. | Richard J. Adams, Esq. |
| Mendez Law Offices, PLLC | Adams & Associates, P.A. |
| P.O. BOX 228630 | 6500 Cowpen Road, Suite 101 |
| Miami, Florida 33172 | Miami Lakes, FL 33014 |
| Telephone: 305.264.9090 | Telephone: 786-290-1963 |
| Facsimile: 1-305.809.8474 | Facsimile: 305-824-3868 |
| Email: info@mendezlawoffices.com | Email: radanslaw7@gmail.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |