UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ARANTZA CASTRO	CASE NO: 1:24-cv-20062-FAM

  Plaintiff,

vs.

WILLIAMS-SONOMA STORES, INC.
dba WILLIAM SONOMA.
  Defendant,
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff Arantza Castro, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against Defendant.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email: info@mendezlawoffices.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###